SEALED BY ORDER OF COURT

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SANDEEP GARCHA | ) | Case No. |
| | ) | |
| | ) | CR 19-71721 MAG |
| Defendant(s) | ) | |

FILED OCT 21 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 11, 2019__ in the county of __Santa Clara County__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(g)(1) | Felon in possession of a firearm |
| | UNDER SEAL |

This criminal complaint is based on these facts:

Please see attached affidavit.
Penalties: Maximum Ten years Imprisonment, Maximum $250,000 Fine, Up to Three Years Supervised Release, $100 Special Assessment Fee

☑ Continued on the attached sheet.

Approved as to form /s/ 10/18/19
AUSA Nedrow

Complainant's signature
Bryan Taylor, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/21/2019

Judge's signature

City and state: San Jose, California
HON. NATHANAEL COUSINS, U.S.M.J.
Printed name and title

# AFFIDAVIT OF FBI SPECIAL AGENT BRYAN TAYLOR IN SUPPORT OF THE APPLICATION FOR AN ARREST WARRANT

I, Bryan Taylor, Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been since June 2016. I am currently assigned to the San Jose Violent Crime Unit of the FBI's San Francisco Field Division. Prior to becoming an FBI Special Agent, I was a Certified Public Accountant (CPA) and a Certified Fraud Examiner (CFE) in Chicago, Illinois.

2. My assignments include investigating individuals who are involved in the illegal possession and transfer of firearms, violent crimes involving firearms, and narcotics trafficking. I completed five months of training FBI Special Agent Basic Training program at the FBI academy in Quantico, Virginia. During the course of my employment with the FBI, I have investigated, and assisted in the investigation of criminal violations relating to firearms and/or narcotics. During these investigations, I have participated in and utilized the following investigative tools: conducting physical surveillance, interviewing suspects, writing affidavits for search warrants, executing arrest and search warrants, analyzing phone records obtained from pen registers, trap and trace devices, and physical devices, and collecting and processing evidence.

3. This Affidavit is made in support of an application for a warrant to arrest SANDEEP GARCHA (GARCHA) for a violation of 18 U.S.C. § 922(g) (1). As set forth in detail below, there is probable cause to believe that on or about August 11, 2019, GARCHA was a convicted felon in possession of a firearm.

4. The information contained in this Affidavit is based upon my training and experience, my personal knowledge of this investigation and information provided to me by other agents and law enforcement officials who have assisted in this investigation and have experience investigating the violations of firearm laws. This Affidavit is intended to provide

1

probable cause to support the issuance of the complaint and arrest warrants and does not set forth all of the information of which I am aware. The Affidavit is limited to the facts relevant and necessary to establish probable cause for the requested arrest warrant.

## APPLICABLE LAW

5. Title 18, United States Code § 922(g)(1) provides as follows:

   > (g) It shall be unlawful for any person—
   >
   > (1) who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year;
   >
   > to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

## PROBABLE CAUSE

6. As set forth below, there is probable cause to believe that on August 11, 2019, GARCHA was in violation of Title 18 United States Code, Sections 922(g) (1), GARCHA being a convicted felon in possession of a firearm.

7. On August 11, 2019, San Jose Police Department (SJPD) officers responded to a "suspicious circumstances" call. SJPD officers made contact with the caller (WITNESS), who reported that WITNESS was in a romantic relationship with GARCHA. The WITNESS informed SJPD that GARCHA was a felon, and had kept narcotics and a loaded firearm in the apartment that the WITNESS resided in. The WITNESS stated that GARCHA frequented the apartment. The WITNESS advised officers where GARCHA kept the narcotics and firearm. The WITNESS displayed messages to SJPD officers that GARCHA had sent to WITNESS. GARCHA sent the WITNESS a message stating that he left his firearm in the couch. A copy of that text message is attached below:

2

> sendgarcha777@gmail.com
>
> Yesterday, 10:22 AM
>
> Hey sweetie I left my thing under the cushion of the couch and I left that go in the top drawer in the bedroom remember on that thing you have to pull the hammer back and pull the trigger to shoot it

8. Other messages between the WITNESS and GARCHA included discussions of prostitution and drug use. During a subsequent search of the residence WITNESS resided in on August 11, 2019, SJPD officers found a revolver loaded with five (5) rounds in the revolving cylinder of the firearm. The firearm was identified as a North American Arms revolver with serial number C83869. This type of firearm was manufactured outside the state of California.

9. A records check returned GARCHA's criminal history and revealed that GARCHA was on two active grants of probation out of San Joaquin County for possession of methamphetamine for sale and possession of a firearm. A review of GARCHA's criminal history and a certified conviction further revealed that in 2005, GARCHA was convicted by no contest plea in Alameda County Superior Court of two counts of carjacking, two counts of kidnapping, and one count of second degree robbery, all of which are felony offenses under California state law. The court sentenced GARCHA to five years imprisonment for one of the five counts, and ten years with respect to each of the four remaining counts. The certified conviction stated that GARCHA had, at that time, been in custody for 489 actual days as a result of these criminal acts for which he had been convicted. Based on the certified conviction that I reviewed, GARCHA was present during the entry of his no contest pleas to carjacking, kidnapping, and second degree robbery. He was provided counsel and signed a plea document.

10. I am aware from my research, and speaking with state prosecutors, that each of the above-summarized counts listed in the 2005 proceeding and certified conviction were

felonies. The sentencing document identified all of these offenses as felonies. Furthermore, I am aware from my own experience, my research, and conversations with state prosecutors that it is customary in state court criminal proceedings for state court judges to advise defendants of the maximum penalties both at the time of their arraignment and at the time they enter a no contest or guilty plea. Because GARCHA entered no contest pleas in Alameda County Superior Court to several crimes which are classified as state felonies, and received sentences of greater than a year for each of the five felonies to which he entered no contest pleas, I believe it is reasonable to conclude that GARCHA knew that he had been previously convicted of a felony, that is, a crime punishable by a term of imprisonment of greater than one year, at the time he possessed the firearm and ammunition on August 11, 2019.

## CONCLUSION

11. Based upon the foregoing evidence, there is probable cause to believe that on or about August 11, 2019, GARCHA was a convicted felon in possession of firearm, in violation of Title 18, United States Code, Section 922 (g)(1). As such, I respectfully request that the court issue a criminal complaint and arrest warrant for GARCHA.

_____
Bryan Taylor
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this __21__ Day of October, 2019.

_____
HONORABLE NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE