STEVEN G. KALAR
Federal Public Defender
TAMARA A. CREPET
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone:    (408) 291-7753
tamara_crepet@fd.org

Counsel for Defendant GARCHA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SANDEEP GARCHA,<br><br>        Defendant. | No. CR-19-00663-EJD<br><br>**DEFENDANT'S SUBMISSION IN ADVANCE OF CHANGE OF PLEA HEARING** |

## INTRODUCTION

Defendant Sandeep Garcha intends to change his plea to guilty at the change of plea hearing scheduled before this Court on November 9, 2020. Specifically, Mr. Gracha intends to enter a guilty plea to Count One of the Indictment which charges him with being a felon-in-possession of firearm and ammunition, in violation of 18 U.S.C. § 922(g).

## ELEMENTS AND PENALTIES OF THE OFFENSES

For a defendant to be guilty of the charge of felon-in-possession of a firearm and ammunition in violation of 18 U.S.C. § 922(g)(1), the following elements must be true: (1) the defendant knowingly possessed a firearm and ammunition; (2) at the time he knowingly possessed a firearm and ammunition, he had been convicted in any court of a crime punishable

1  by imprisonment for a term exceeding one year; (3) at the time he knowingly possessed a firearm
2  and ammunition, he knew he had been convicted in any court of a crime punishable by
3  imprisonment for a term exceeding one year; and, (4) the firearm and ammunition had been
4  shipped or transported from one state to another, or between a foreign nation and the United
5  States.

6  The maximum penalties for a violation of Title 18 U.S.C. § 922(g)(1) are: (1) a maximum
7  prison term of ten years; (2) a maximum fine of $ 250,000; (3) a maximum supervised release
8  term of three years; (4) a mandatory special assessment of $100; (5) forfeiture; and (6) potential
9  deportation.

## FACTUAL BASIS

11  In approximately February 2005, Mr. Garcha was convicted of a felony crime punishable
12  by imprisonment for a term exceeding one year, and Mr. Garcha was sentenced to a term of
13  imprisonment exceeding one year in connection with that conviction.  That conviction remained
14  in effect at all times after February 2005.  Mr. Garcha knew at all times after February 2005, that
15  he had been convicted by a court of a crime punishable by imprisonment for a term exceeding
16  one year.

17  On or about August 11, 2019, in Santa Clara County, California, Mr. Garcha knowingly
18  possessed a firearm and ammunition - specifically, one .22 caliber North American Arms
19  revolver, bearing serial number C83869, and five rounds of .22 caliber ammunition. The firearm
20  and ammunition were manufactured outside California, and therefore must have been transported
21  across state lines prior to August 11, 2019.

## WAIVER OF CONSTITUTIONAL RIGHTS

23  Mr. Garcha understands that by pleading guilty he gives up the following: the right to
24  persist in a plea of not guilty and the right to a speedy and public trial by jury; the right to have
25  assistance of counsel at such a trial; the right to be presumed innocent and to have the
26  government bear the burden of proving guilt beyond a reasonable doubt; the right to confront and
27  cross-examine adverse witnesses; the right to testify on his own behalf and to present evidence,

28  NO. CR 19-00663-EJD
DEFENDANT'S SUBMISSION RE:
CHANGE OF PLEA                                 2

including the right to call witnesses and to subpoena those witnesses to testify; the right to remain silent and not be compelled to testify; and, if he chooses not to testify or present evidence, not to have such a choice used against him.

Date:   November 3, 2020                     Respectfully submitted,

                                                      STEVEN G. KALAR
                                                     Federal Public Defender

                                                           /S/
                                                     TAMARA A. CREPET
                                                     Assistant Federal Public Defender