1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-cr-0663 EJD (NC) |
| Plaintiff, | **DETENTION ORDER** |
| v. | Hearing: 5/22/2025 |
| SANDEEP GARCHA, | |
| Defendant. | |

18      In accordance with the Bail Reform Act, 18 U.S.C. § 3142, the Court on May 22,

19   2025, held an in-person hearing to determine detention or release on supervisory conditions

20   for defendant Garcha.  Garcha is charged in this case with violating the terms of his

21   supervised release.  The defendant appeared at the hearing with his appointed counsel

22   AFPD Varell Fuller.

23      Under Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. §3143(a), the defendant charged

24   with violation of supervised release has the burden of establishing by "clear and convincing

25   evidence" that he or she will not flee or pose a danger to any other person or to the

26   community.  Here, Garcha did not establish evidence to overcome this burden and the

27   Court, on the present record, finds that the defendant presents an unmitigated risk of danger

28   to the community if released.  Consequently, the Court orders the defendant to be detained.

1    The defendant is committed to the custody of the Attorney General or his designated

2  representative for confinement in a corrections facility separate, to the extent practicable,

3  from persons awaiting or serving sentences or being held in custody pending appeal.  The

4  defendant must be afforded a reasonable opportunity for private consultation with defense

5  counsel.  On order of a court of the United States or on the request of an attorney for the

6  Government, the person in charge of the corrections facility must deliver the defendant to a

7  United States Marshal for the purpose of an appearance in connection with a court

8  proceeding.

9    IT IS SO ORDERED.

10    Date: May 22, 2025

Nathanael M. Cousins
United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2